Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 23−10733−JKS
    Chapter: 13
    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   CHERUBIN VINCENT
   56 Watson Ave
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−2591

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/15/23.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: September 15, 2023
JAN: zlh

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 23-10733-JKS
CHERUBIN VINCENT                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                     Page 1 of 2
Date Rcvd: Sep 15, 2023                 Form ID: 148                    Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CHERUBIN VINCENT, 56 Watson Ave, West Orange, NJ 07052-6017 |
| cr | + | FreshStart Venture Capital Corp., Attn: Tom Katsigiannis, 437 Madison Avenue, New York, NY 10022-7015 |
| 519831142 | + | Freshstart Venture Capital Corp, c/o Gregory R. Milne, Esq., FOSS, SAN FILIPPO and MILNE, LLC, 225 Broad Street, PO Box 896, Red Bank, New Jersey 07701-0896 |
| 519831146 | + | Lenders Financial, 21 Commerce Drive, Cranford, New Jersey 07016-3550 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 15 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 15 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Sep 16 2023 00:27:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519920598 | | EDI: CITICORP.COM | Sep 16 2023 00:27:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519831147 | + | EDI: CRFRSTNA.COM | Sep 16 2023 00:27:00 | Firestone Complete Auto Care, c/o Credit First NA, PO Box 81344, Cleveland, OH 44181-0344 |
| 519831145 | + | EDI: CITICORP.COM | Sep 16 2023 00:27:00 | Home Depot, PO Box 70600, Philadelphia, PA 19176-0600 |
| 519992462 | | Email/Text: krivera@leadersfc.com | Sep 15 2023 20:36:00 | Leaders Financial Company, 21 Commerce Drive, 1st Fl, Cranford, NJ 07016 |
| 520016713 | | Email/Text: camanagement@mtb.com | Sep 15 2023 20:37:00 | M & T Bank, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0810 |
| 519831143 | + | Email/Text: camanagement@mtb.com | Sep 15 2023 20:37:00 | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 519980515 | + | EDI: AIS.COM | Sep 16 2023 00:27:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519824740 | + | EDI: RMSC.COM | Sep 16 2023 00:27:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 15, 2023 | Form ID: 148 | Total Noticed: 15 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519831144 | *+ | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 17, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony Scordo, III | on behalf of Debtor CHERUBIN VINCENT anthonyscordo@msn.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eric Raymond Perkins | on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Gregory R. Milne | on behalf of Creditor FreshStart Venture Capital Corp. grmilne@fsfm-law.com  bdicovitsky@fsfm-law.com |
| Justin Baumgartner | on behalf of Trustee Eric Raymond Perkins jbaumgartner@becker.legal  mambrose@becker.legal |
| Laura M. Egerman | on behalf of Creditor M&T Bank laura.egerman@mccalla.com  bkyecf@rasflaw.com;legerman@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8