**Anthony Scordo, Esq. P.C.**
**Id No. 024591987**
**1425 Pompton Avenue, PO Box 74**
**Cedar Grove, New Jersey 07009**
**69 E. Allendale Road**
**Saddle River, New Jersey 07458**
**(973) 837-1861**
*Attorneys for Debtor*

|  |  |  |
|---|---|---|
| IN RE | : | IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| CHERUBIN VINCENT | : | Chapter 13 |
|  | : | CASE NO.: 23-10733 |
| Debtor | : | **NOTICE OF MOTION TO VACATE DISMISSAL** |

   1. **PLEASE TAKE NOTICE** that on **October 26, 2023 at 10:00 AM**, or as soon thereafter as counsel may be heard, the undersigned attorney for the Debtor, Cherubin Vincent, shall move before this Court for an Order rescheduling Confirmation Hearing and to Vacate Dismissal.

   **PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the attached Certifications and Exhibits annexed hereto in support of this Motion.

   **PLEASE TAKE FURTHER NOTICE** that in accordance with R. 1:6-2(a), a proposed form of Order is annexed hereto.

Dated: September 28, 2023                                               *s/Anthony Scordo*
                                                                          Anthony Scordo
                                                                          Attorney for Debtor

## CERTIFICATION OF FILING & SERVICE

I hereby certify that the original of the foregoing documents have been electronically filed with the United States Bankruptcy Court for the District of New Jersey. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 28, 2023    *s/Anthony Scordo*
Anthony Scordo
Attorney for Debtor