**Anthony Scordo, Esq. P.C.**
**Id No. 024591987**
**1425 Pompton Avenue, PO Box 74**
**Cedar Grove, New Jersey 07009**
**69 E. Allendale Road**
**Saddle River, New Jersey 07458**
**(973) 837-1861**
*Attorneys for Debtor*

| | |
|---|---|
| IN RE : | IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| CHERUBIN VINCENT : | Chapter 13 |
| : | CASE NO.: 23-10733 |
| Debtor : | **ORDER** |

**THIS MATTER** having been opened to the Court upon the application of Anthony Scordo, attorneys for Debtor Cherubin Vincent, for an Order to Vacate Dismissal in the proposed form pursuant to R. 4:9-1;

**IT IS** on this ____ day of_____, 2023,

**ORDERED** that this matter is Reinstated; it is

**FURTHER ORDERED** that a 341(a) hearing is hereby rescheduled for _____, 2023; it is

**FURTHER ORDERED** that a Chapter 13 plan confirmation hearing is hereby rescheduled for _____, 2023; it is

**FURTHER ORDERED** that a copy of this Order shall be served upon all parties within _____ days of the date hereof.

_____
USBJ