| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Anthony Scordo, Esq., P.C.<br>ID 024591987<br>69 E. Allendale Road<br>Saddle River, New Jersey 07458<br>(973) 837-1861<br>anthonyscordo@msn.com<br>Attorney for Debtor | Case No.: 23-10733<br>Chapter: 13 |
| In Re:<br>Cherubin Vincent | Adv. No.:<br>Hearing Date: 11/9/2023<br>Judge: JKS |

## CERTIFICATION OF SERVICE

1. I, _Annie Lucin_ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _Anthony Scordo_, who represents _Cherubin Vincent_ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _September 28, 2023_, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 11/8/2023           s/Annie Lucin
                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Gregory R. Milne, Esq.<br>Foss, San Filippo & Milne, LLC<br>225 Broad Street<br>PO Box 896<br>Red Bank, New Jersey 07701 | counsel for FreshStart Venture Capital | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Laura Egerman<br>McCalla Raymer Leibert Pierce, LLC<br>485F US Highway 1 S<br>Suite 300<br>Iselin, NJ 08830 | counsel for M&T Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Ann Greenberg<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Synchrony Bank c/o PRA Receivables Management, LLC<br>PO BOX 41021<br>Norfolk, VA 23541 | creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |