ANTHONY SCORDO III
1425 POMPTON AVENUE, STE. 2-2
CEDAR GROVE, NJ  07009

Re:  CHERUBIN VINCENT
56 WATSON AVE
WEST ORANGE,  NJ  07052

Atty:  ANTHONY SCORDO III
1425 POMPTON AVENUE, STE. 2-2
CEDAR GROVE, NJ  07009

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 23-10733

## RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/29/2023 | $3,000.00 | 2310733-1680710803 | 12/19/2023 | $2,000.00 | 1967002451 |

**Total Receipts: $5,000.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $5,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 400.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | FIRESTONE COMPLETE AUTO CARE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | FRESHSTART VENTURE CAPITAL CORP | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | HOME DEPOT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | M&T BANK | (NEW) Paid in Full | 12,701.38 | 100.00% | 0.00 | 0.00 |
| 0013 | M&T BANK | (NEW) Prepetition A | 560.49 | 100.00% | 0.00 | 0.00 |
| 0014 | LEADERS FINANCIAL COMPANY | UNSECURED | 6,192.56 | 0.00% | 0.00 | 0.00 |
| 0015 | CITIBANK NA | UNSECURED | 760.67 | 0.00% | 0.00 | 0.00 |
| 0016 | SYNCHRONY BANK | UNSECURED | 711.42 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $400.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $5,000.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $400.00    =    Funds on Hand: $4,600.00

**Chapter 13 Case # 23-10733**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.