Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−10733−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
CHERUBIN VINCENT
56 Watson Ave
West Orange, NJ 07052

Social Security No.:
xxx−xx−2591

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 3/14/24 at 10:00 AM

to consider and act upon the following:

72 − Motion for an Order Confirming Automatic Stay is Not in Effect Filed by Anthony Scordo III on behalf of CHERUBIN VINCENT. Objection deadline is 2/22/2024. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Scordo, Anthony)

73 − BriefCertification in Opposition to (related document:72 Motion for an Order Confirming Automatic Stay is Not in Effect Filed by Anthony Scordo III on behalf of CHERUBIN VINCENT. Objection deadline is 2/22/2024. (Attachments: # 1 Certificate of Service # 2 Proposed Order) filed by Debtor CHERUBIN VINCENT) filed by Gregory R. Milne on behalf of FreshStart Venture Capital Corp.. (Attachments: # 1 Certification Certification of Counsel # 2 Brief # 3 Certificate of Service) (Milne, Gregory)

Dated: 2/23/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court