UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE :

CHERUBIN VINCENT, :

           Debtor.

Order Filed on April 1, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13
Case No.: 23-10733
Judge: John K. Sherwood
Hearing Date: March 28, 2024

**ORDER RE: DEBTOR'S MOTION FOR AN ORDER CONFIRMING AUTOMATIC STAY DOES NOT PROHIBIT HIM FROM FILING A RELATED ADVERSARY COMPLAINT AGAINST UNSECURED CREDITOR FRESHSTART AND RELATED COMPANIES AND OFFICERS FOR VIOLATION OF NEW YORK GENERAL BUSINESS LAW § 349 AND NEW JERSEY CONSUMER FRAUD ACT**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 1, 2024**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Case: Cherubin Vincent, Case No. 23-10733

Order: Order Re: Debtor's Motion for an Order Confirming Automatic Stay Does Not Prohibit Him From Filing a Related Adversary Complaint Against Unsecured Creditor FreshStart and Related Companies and Officers for Violation of New York General Business Law § 349 and New Jersey Consumer Fraud Act

**THIS MATTER** having been opened to the Court upon the motion of Anthony Scordo, attorney for Debtor Cherubin Vincent, for an order confirming automatic stay does not prohibit him from filing a related adversary complaint against unsecured creditor FreshStart Venture Capital Corp. and related companies and officers for violation of New York General Business Law §349 and NJ Consumer Fraud Act [ECF No. 72];

**AND** the Court having held a hearing on the Motion on March 28, 2024;

**AND**, as the Court stated on the record at the hearing, the automatic stay does not prevent debtors from commencing adversary proceedings, *see* 11 U.S.C. § 362;

IT IS, therefore, **ORDERED** that the motion is denied.