UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE :

CHERUBIN VINCENT, :

Debtor. :

Order Filed on April 1, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13
Case No.: 23-10733
Judge: John K. Sherwood
Hearing Date: March 28, 2024

**ORDER RE: DEBTOR'S MOTION FOR AN ORDER CONFIRMING AUTOMATIC STAY DOES NOT PROHIBIT HIM FROM FILING A RELATED ADVERSARY COMPLAINT AGAINST UNSECURED CREDITOR FRESHSTART AND RELATED COMPANIES AND OFFICERS FOR VIOLATION OF NEW YORK GENERAL BUSINESS LAW § 349 AND NEW JERSEY CONSUMER FRAUD ACT**

The relief set forth on the following page is hereby **ORDERED**.

DATED: April 1, 2024

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Case:  Cherubin Vincent, Case No. 23-10733
Order: Order Re: Debtor's Motion for an Order Confirming Automatic Stay Does Not Prohibit Him From Filing a Related Adversary Complaint Against Unsecured Creditor FreshStart and Related Companies and Officers for Violation of New York General Business Law § 349 and New Jersey Consumer Fraud Act

**THIS MATTER** having been opened to the Court upon the motion of Anthony Scordo, attorney for Debtor Cherubin Vincent, for an order confirming automatic stay does not prohibit him from filing a related adversary complaint against unsecured creditor FreshStart Venture Capital Corp. and related companies and officers for violation of New York General Business Law §349 and NJ Consumer Fraud Act [ECF No. 72];

**AND** the Court having held a hearing on the Motion on March 28, 2024;

**AND**, as the Court stated on the record at the hearing, the automatic stay does not prevent debtors from commencing adversary proceedings, *see* 11 U.S.C. § 362;

IT IS, therefore, **ORDERED** that the motion is denied.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10733-JKS |
| CHERUBIN VINCENT | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 02, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + CHERUBIN VINCENT, 56 Watson Ave, West Orange, NJ 07052-6017 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 04, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony Scordo, III | on behalf of Debtor CHERUBIN VINCENT anthonyscordo@msn.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eric Raymond Perkins | on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Gregory R. Milne | on behalf of Creditor FreshStart Venture Capital Corp. grmilne@fsfm-law.com bdicovitsky@fsfm-law.com |
| Justin Baumgartner | on behalf of Trustee Eric Raymond Perkins jbaumgartner@becker.legal tcolombini@becker.legal |
| Laura M. Egerman | on behalf of Creditor M&T Bank laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 02, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Laura M. Egerman
    on behalf of Creditor M & T BANK laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9