**UNITED STATES BANKRUPTY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

**CHERUBIN VINCENT,**

Case No.:  23-10733 JKS

**Debtor**

### NOTICE DEPOSITING UNCLAIMED FUNDS
### PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $500.00, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:      ANTHONY SCORDO III
                                          1425 POMPTON AVENUE, STE. 2-2
                                          CEDAR GROVE, NJ  07009

Amount:                           $500.00

Trustee Claim Number:     0

Reason:                            Checks have been returned as undeliverable

By:   /S/  Marie-Ann Greenberg

Dated:  July 14, 2025                 MARIE-ANN GREENBERG
                                                CHAPTER 13 STANDING TRUSTEE